COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

Thomas P. ROBINSON, Respondent.

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998).

*ORDER*

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998).

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

Theresa MOORE, Respondent.

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 481 (1998).

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,

v.

John W. TAGGART, Respondent.

Supreme Court of Pennsylvania.

March 31, 1998.